JOHN W. HUBER, United States Attorney (#7226)
AARON FLATER, Assistant United States Attorney (#9458)
THADDESUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Tad.may@usdoj.gov



FILED
US DISTRICT COURT
2019 JUL 10 P 5: 55
DISTRICT OF UTAH
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. OLUWOLE ADEGBORUWA, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT I: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Oxycodone<br><br>Case: 2:19-cr-260<br>Assigned To : Benson, Dee<br>Assign. Date : 7/10/2019<br>Description: USA v Adegboruwa |
|---|---|

The Grand Jury Charges:

### COUNT I
### 21 U.S.C. §§ 841(a)(1) & 846
### (Conspiracy to Distribute Oxycodone)

Beginning on a date unknown, and at least as far back as July 1, 2017, and continuing to on or about May 23, 2019, in the Central Division of the District of Utah, and elsewhere,

OLUWOLE ADEGBORUWA,

defendant herein, did knowingly and intentionally conspire with others known and unknown, to distribute controlled substances, to wit: a mixture or substance containing a detectable amount of oxycodone, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in

violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense charged herein in violation of 21 U.S.C. §§ 841(a)(1) & 846, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

- $82,687.00 U.S. Currency seized from ADEGBORUWA'S home;
- 2017 Dodge Charger VIN #2C3DXCT8HH524377, Nevada license plate "POLA";
- $259,356 U.S. Currency seized from ADEGBORUWA's vehicle;
- 203.4748427 Bitcoins;
- 0.80164586 Bitcoins;
- 12.35341936 Bitcoins;
- 0.44212991 Bitcoins; and

//
//
//
//
//

- 27.9530745762 Ethereum.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

AARON FLATER
THADDEUS J. MAY
Assistant United States Attorneys

3